UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BELMONT COMMONS, L.L.C.**                              CIVIL ACTION

**VERSUS**                                                NO. 06-6879

**AXIS SURPLUS INSURANCE COMPANY, ET AL.**               SECTION B(5)

ORDER

Before the Court are a Motion for Reconsideration of this Court's prior Order denying Axis Insurance Company's Motion in Limine to Exclude the Expert Testimony of Earl T. Carr (Rec. Doc. 188) and a Motion to Expedite that Motion. (Rec. Doc. 189). After review and consideration of the issues presented,

**IT IS ORDERED** that the Motion for Reconsideration (Rec. Doc. 188) is **DENIED.**

**IT IS FURTHER ORDERED** that the Motion to Expedite (Rec. Doc. 189) is **MOOT.**

New Orleans, Louisiana this 24th day of July, 2008.

UNITED STATES DISTRICT JUDGE
IVAN L.R. LEMELLE