```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

**BELMONT COMMONS, L.L.C.**                          **CIVIL ACTION**

**VERSUS**                                            **NO. 06-6879**

**AXIS SURPLUS INSURANCE COMPANY, ET AL.**            **SECTION B(5)**

## ORDER AND REASONS

Before the Court is Defendant CRC Insurance Services, LLC's Motion for Entry of Judgment under FRCP 54(b) (Rec. Doc. No. 240). There is no opposition to the motion. After review of the pleadings and applicable law, and for the reasons that follow,

**IT IS ORDERED** that Defendant CRC Insurance Services, LLC's Motion for Entry of Judgment under FRCP 54(b) (Rec. Doc. No. 240) is **GRANTED as unopposed**.

## BACKGROUND

Belmont Commons, LLC sued its insurer, Axis Insurance Company, its wholesale insurance broker, CRC Insurance Company, and its agent, Brower Insurance Agency, LLC, for coverages owed and damages due as a result of the failure of Axis to pay Belmont's Hurricane Katrina claim in full. In July 2008, the Court granted CRC Insurance Company's motion for summary judgment, finding that Belmont had no cause of action against the wholesale broker CRC because CRC owed no duty to Belmont. CRC now moves the Court to certify the Order as a final judgment under FRCP 54(b).

## DISCUSSION

Federal Rule of Civil Procedure 54(b) provides in pertinent

part:

> **(b) Judgment on Multiple Claims or Involving Multiple Parties.**
>
> When an action presents more than one claim for relief — whether as a claim, counterclaim, crossclaim, or third-party claim — or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.

Rule 54(b) requires a certifiable judgment to finally resolve one claim in a multiple-claim action or finally to adjudicate the position of at least one party to a multi-party action. *See Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 743 (1976). After reviewing the arguments of counsel and in light of the fact that no opposition has been filed, the Court finds that there is no just reason for delaying the entry of a final judgment in favor of CRC. The Court's Order dismisses all claims against CRC by Plaintiff and, therefore, CRC no longer has any role in this litigation. Further, CRC's continued participation in this litigation for an indefinite period would certainly cause it to expend additional resources for no good reason. The entry of a final judgment in favor of CRC in this case is in keeping with the spirit of Rule 54(b), which is to avoid the possible injustice which could result from a delay in entering judgment as to fewer than all of the parties until the final adjudication of the entire case. See 10 Wright & Miller Federal Practice and Procedure: Civil, 23 § 2654 (2007). There is no good reason to keep CRC in this case pending final resolution of the matter with all other parties after trial.

Accordingly,

**IT IS ORDERED** that Defendant CRC Insurance Services, LLC's Motion for Entry of Judgment under FRCP 54(b) (Rec. Doc. No. 240) is **GRANTED as unopposed.**

New Orleans, Louisiana, this 3rd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE